686

The People of the State of New York ex rel. William Edel, Appellant, v. Earl V. Gray, M. D., as Superintendent of Gowanda State Hospital, Respondent. — Order affirmed, without costs. All concur. (The order dismisses a writ of habeas corpus and remands relator to custody.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ. .

Alex Petrieshen, Appellant, v. The Globar Corporation, Respondent.— Order of March ninth reversed, with ten dollars costs and disbursements, and motion granted. (See decision in *Woernley* v. *Electromatic Typewriters, Inc.,* [*ante*, p. 675], filed herewith.) All concur, except Crosby, J., who dissents and votes for affirmance. Order of November fourteenth so far as appealed from affirmed, with ten dollars costs and disbursements. All concur. (One order denies examination of a witness before trial. The other order denies an inspection of a furnace room in an action for damages resulting from contracting silicosis.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

Miles G. Wellman and Another, Appellants, v. George D. Calvert, Respondent.— Judgment affirmed with costs. All concur. (The judgment declares a mortgage valid and dismisses the complaint in an action to cancel the mortgage.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

Patrick Callahan, Appellant, v. The State of New York, Respondent. (Claim No. 20190.) — Judgment affirmed, with costs. All concur. (The judgment awards claimant the difference between wages received and the prevailing wage.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

In the Matter of the Appointment of a Trustee of the Supreme Court Library in the Eighth Judicial District.— George G. Davidson is appointed trustee to fill the vacancy caused by the death of Hon. Cuthbert W. Pound.